UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHAN DARRELL WILLIAMSON, | Case No.  2:21-cv-02136-GMN-DJA |
| Plaintiff | **ORDER** |
| v. | |
| LAS VEGAS POLICE DEPARTMENT, *et al*., | |
| Defendants | |

**I.    DISCUSSION**

On December 1, 2021, Plaintiff, an inmate currently in the custody of the San Joaquin County Jail, submitted a civil rights complaint under 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis*.  (ECF  Nos. 1-1, 1).  Plaintiff's application to proceed *in forma pauperis* is incomplete.  Plaintiff has not submitted an application to proceed in forma pauperis **by an inmate** on this Court's approved form together with a financial certificate and an inmate account statement for the previous six-month period. If Plaintiff has not been at the San Joaquin County Jail facility a full six-month period, Plaintiff must still submit an inmate account statement for the dates he has been present at the facility.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $402 filing fee.  To apply for *in forma pauperis* status, the inmate must submit all three of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the**

1  **previous six-month period**.  If Plaintiff has not been at the facility a full six-month period,

2  Plaintiff must still submit an inmate account statement for the dates he has been present

3  at the facility.

4  Accordingly, the Court denies Plaintiff's application to proceed *in forma pauperis*

5  (ECF No. 1) without prejudice because the application is incomplete.  The Court will grant

6  Plaintiff a **one-time extension** to file a fully complete application to proceed *in forma*

7  *pauperis* containing all three of the required documents.  Plaintiff will file a fully complete

8  application to proceed *in forma pauperis* on or before **February 4, 2022.**  Absent unusual

9  circumstances, the Court will not grant any further extensions of time.  If Plaintiff does not

10  file a fully complete application to proceed *in forma pauperis* with all three required

11  documents on or before **February 4, 2022**, this case will be subject to dismissal without

12  prejudice for Plaintiff to file a new case with the Court when Plaintiff is able to acquire all

13  three of the documents needed to file a fully complete application to proceed *in forma*

14  *pauperis* or pays the full $402 filing fee.

15  A dismissal without prejudice means Plaintiff does not give up the right to refile the

16  case with the Court, under a new case number, when Plaintiff has all three documents

17  needed to submit with the application to proceed *in forma pauperis*.  Alternatively, Plaintiff

18  may choose not to file an application to proceed *in forma pauperis* and instead pay the

19  full filing fee of $402 on or before **February 4, 2022** to proceed with this case.

20  The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1) but the Court

21  will not file the complaint unless and until Plaintiff timely files a fully complete application

22  to proceed *in forma pauperis* with all three documents or pays the full $402 filing fee.

23  **II.    CONCLUSION**

24  For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed

25  *in forma pauperis* (ECF No. 1) is denied without prejudice to file a new fully complete

26  application to proceed *in forma pauperis* with all three documents.

27  IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the

28  approved form application to proceed *in forma pauperis* by an inmate, as well as the

1  document entitled information and instructions for filing an *in forma pauperis* application.

2       IT IS FURTHER ORDERED that on or before **February 4, 2022,** Plaintiff will either

3  pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52

4  administrative fee) or file with the Court:

5       (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this

6  Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two

7  signatures on page 3),

8       (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail

9  official (i.e. page 4 of this Court's approved form), and

10       (3) a copy of the **inmate's prison or jail trust fund account statement for the**

11  **previous six-month period**.  If Plaintiff has not been at the facility a full six-month period,

12  Plaintiff must still submit an inmate account statement for the dates he has been present

13  at the facility.

14       IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete

15  application to proceed *in forma pauperis* with all three documents or pay the full $402

16  filing fee for a civil action on or before **February 4, 2022**, this case will be subject to

17  dismissal without prejudice for Plaintiff to refile the case with the Court, under a new case

18  number, when Plaintiff has all three documents needed to file a complete application to

19  proceed *in forma pauperis* or pays the the full $402 filing fee.

20       IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint

21  (ECF No. 1-1) but will not file it at this time.

22       DATED:  December 8, 2021

23

24                     UNITED STATES MAGISTRATE JUDGE

25

26

27

28